FILED

02/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0747

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0747

CHRISTOPHER NUCKOLLS,

Petitioner and Appellant,

vs.

NANCY NUCKOLLS,

Respondent and Appellee.

FILED

FEB 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Montana Rule of Appellate Procedure 12(1) requires that an Appellant's opening brief must include a table of contents, statement of issues, statement of the case, statement of facts, standard of review, summary of argument, argument, conclusion, and an appendix including the judgment and order from which the appeal is taken. The Court has determined that Appellant's brief filed February 27, 2023, does not comply with Rule 12(1).

Therefore,

IT IS ORDERED that within thirty days of the date of this Order, Appellant shall file a copy of their compliant brief with the Clerk of this Court and serve one copy upon each counsel of record in conformity with M. R. App. P. 10(2).

IT IS FURTHER ORDERED Appellant is directed that their opening brief must comply substantially, in form and substance, with the Montana Rules of Appellate Procedure and must contain a cogent argument. *See In re Marriage of McMahon*, 2002 MT 198, 311 Mont. 175, 53 P.3d 1266. To assist Appellant in complying with Court rules, the Clerk is directed to provide him with a copy of the Civil Handbook for proceeding before the Supreme Court without an attorney.

1

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the compliant brief.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this Order by mail to Appellant and to all counsel of record.

DATED this 28th day of February, 2023.

For the Court,

By _____
Justice